| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| | Case No._ 5:14-CV-00316-D |
| MADUAKO C. FERGUSON SR., KINGSLEY IGBOANUGO, BERNADETTE IGBOANUGO, OKOJI NDUKWE BOSE NDUKWE, SURU IYESI, LISA PATTONHANNAH NGUGI, RUBY G. WALKER, UDUKA OKOAFOR, EBERECHUKWU NWOBODO, CHIMA IRECHUKWU, SAMUEL ELEKWACHI, VIOLET SMART, CHIEMEKA NWOKORO, NMAH ABBAH, JOHN NKATA, UCHECHUKWU OKAM, VERONICA SACCOH, STANLEY ONYEABO, EZINNE P. ONYEGBULE, ANTHONIA A. OCHIJE, CHINEDU CHIDEBE, OJEBE IFEGWU, LUCKY IMAFIDON, ALICE MBUTHIA, JOHN KALU, NGOZI WAKAMA, Plaintiffs, v. TELEXELECTRIC, LLLP; TELEX MOBILE, HOLDINGS, INC.; JAMES M. MERRILL; CARLOS N. WANZELER; ; STEVEN M. LABRIOLA; JOSEPH H. CRAFT, a/k/a JOE H. CRAFT; CRAFT FINANCIAL SOLUTIONS, LLC; CARLOS COSTA; SANTIAGO DE LA ROSA; RANDY N. CROSBY; FAITH R. SLOAN; GERALD P. NEHRA, individually and doing business as LAW OFFICES OF NERHA AND WAAK; GERALD P. NEHRA ATTORNEY AT LAW, PLLC; RICHARD W. WAAK, individually and doing business as LAW OFFICES OF NERHA AND WAAK; RICHARD W. WAAK, ATTORNEY AT LAW, PLLC; BANK OF AMERICA CORPORATION, BANK OF AMERICA, NA; TD BANK, NA; CITIZENS FINANCIAL GROUP, INC.; CITIZENS BANK OF MASSACHUSETTS; FIDELITY CO-OPERATIVE BANK, doing business as FIDELITY BANK; MIDDLESEX SAVINGS BANK; WELLS FARGO & COMPANY; WELLS FARGO BANK, NA; FMR, LLC, also known as FIDELITY INVESTMENTS; WADDELL & REED | **MOTION TO WITHDRAW** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | FINANCIAL, INC.; WADDELL & REED, INC.; GLOBAL PAYROLL GATEWAY INC.; INTERNATIONAL PAYOUT SYSTEMS, INC.; PROPAY, INC., doing business as PROPAY.COM; BASE COMMERCE, LLC, doing business as PHOENIX PAYMENTS; VANTAGE PAYMENTS, LLC; DOE INSIDER PROMOTERS; DOE PROFESSIONAL SERVICES PROVIDERS; DOE BANKS; DOE INVESTMENT SERVICES PROVIDERS; DOE PAYMENT PROCESSORS; and PARALEGAL DOE,<br><br>Defendants |

## MOTION TO WITHDRAW DOCUMENTS

Counsel wishes to withdraw documents 7, 10 and 11, "first motion to certify class." ID numbers: 2978598, 2990117, 2990316. The documents were prematurely filed in error.

On this August 10, 2014

                                            ___/s/ *Ihuoma Igboanugo*___
                                               Ihuoma Igboanugo
                                              The Crescent Law Practice
                                                       P.O. Box 41333
                                                      Raleigh, NC 27692

# VERIFICATION

I, Ihuoma Igboanugo, on the August 10, 2014, do herewith depose and say that the foregoing statements are true.

          /s/ *Ihuoma Igboanugo*
          Ihuoma Igboanugo

Dated this August 10, 2014.

*Attorney for MADUAKO C. FERGUSON SR., KINGSLEY IGBOANUGO, BERNADETTE IGBOANUGO, OKOJI NDUKWE, BOSE NDUKWE, SURU IYESI, LISA PATTON, HANNAH NGUGI, RUBY G. WALKER, UDUKA OKOAFOR, EBERECHUKWU NWOBODO, CHIMA IRECHUKWU, SAMUEL ELEKWACHI, VIOLET SMART, CHIEMEKA NWOKORO, NMAH ABBAH, JOHN NKATA, UCHECHUKWU OKAM, VERONICA SACCOH, STANLEY ONYEABO, EZINNE P. ONYEGBULE, ANTHONIA A. OCHIJE, CHINEDU CHIDEBE, OJEBE IFEGWU, LUCKY IMAFIDON, ALICE MBUTHIA, JOHN KALU, NGOZI WAKAMA*