UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MADUAKO C. FERGUSON, SR., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TELEXELECTRIC, LLLP., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. <br> 5:14-CV-316-D |

## MOTION TO APPROVE STIPULATION TO
## EXTEND TIME TO FILE AND SERVE RESPONSIVE PLEADING

Plaintiffs, on behalf of themselves and all other similarly situated ("Plaintiffs") hereby move the Court (the "Motion") for an order approving the Stipulation to Extend Time to File and Serve Responsive Pleading (the "Stipulation") filed herewith, which, by agreement, extends Middlesex Savings' deadline to file and serve its responsive pleading to 30 days after the filing of an amended consolidated complaint or 30 days after the entry of the order denying the MDL Motion, as herein defined, unless otherwise ordered by the Court. In support of this Motion, Plaintiffs state as follows:

1. On June 5, 2014, Plaintiffs filed their Complaint in the United States District Court for the Eastern District of North Carolina.

2. On July 1, 2014, a Motion for Transfer and Consolidation of six related actions, including this action, was filed pursuant to 28 U.S.C. § 1407 with the United States Judicial Panel on Multidistrict Litigation ("JPMDL") and docketed as <u>In re Telexfree Securities Litigation</u> MDL No. 2566 (the "MDL Motion").

13108857-v1

3. Middlesex Savings' deadline to file a responsive pleading is currently September 2, 2014.

4. On August 28, 2014, counsel for Middlesex Savings communicated with Plaintiffs' counsel regarding the requested extension and attached Stipulation. During that conversation, Plaintiffs agreed to file this Motion.

5. Middlesex Savings agreed to deem service of the summons and Complaint in this action complete upon the filing of this Motion with the Court.

6. Given the preliminary state of this action, the MDL Motion, and the number of similar class action complaints which have been filed, Plaintiffs and Middlesex Savings agreed that the requested extension is warranted in this proceeding.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order approving the Stipulation, and granting such other relief the Court deems proper and just.

**PLAINTIFFS,**

By their attorney,

/s/ Ihuoma Igboanugo
Ihuoma Igboanugo, Bar ID 46618
The Crescent Law Practice
183 Wind Chime Court
Suite 100
Raleigh, NC 27615
Tel: (919) 341-9707
Fax: (919) 457-1256
Email: thecrescentlaw@gmail.com

Dated: August 28, 2014